Paul W. Moncrief, Esq., SBN 204239
Paul Hart., Esq., SBN 237766
JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiff Colorful Harvest, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLORFUL HARVEST, LLC, a California limited liability company,** | Case No. 5:10-cv-00850-JF |
| **Plaintiff,** | **ORDER RE DISMISAL** |
| v. | |
| **PRODUCE ALLIANCE, LLC., an Illinois limited liability company; RUBY ROBINSON, CO., INC., an Illinois corporation; and DOES 1 through 20, Inclusive,** | |
| **Defendants.** | |

The entire action by Plaintiff COLORFUL HARVEST, LLC as to all Defendants is hereby dismissed with Prejudice.

Dated: June 18, 2010

_____
JUDGE OF THE U. S. DISTRICT COURT

---